FILED
JAN 05 2015

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Gordon Thompson, Jr., Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 14-CR-3103-GT |
| Plaintiff | |
| vs. | **ORDER FOR CONTINUANCE** |
| DAVID OREGON-ROSALES, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing presently set for Thursday, February 13, 2015, at 9:30 a.m. be continued until **Friday, March 6, 2015, at 9:30 a.m.** The defendant, DAVID OREGON-ROSALES, is in custody and entered his plea on November 25, 2014.

**IT IS SO ORDERED.**

DATED: 1-5-15

**GORDON THOMPSON, JR.**
UNITED STATES DISTRICT COURT JUDGE