UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 26 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | |
| Plaintiff,   ) | CASE NO. 14CR03103-001-GT |
| ) | |
| v.           ) | O R D E R |
| ) | |
| David OREGON-Rosales            ) | |
| ) | |
| Defendant.   ) | |
| ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for March 6, 2016 is vacated and reset to April, 15, 2015 at 9:30 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 1/26/15

_____
Gordon Thompson
Senior U.S. District Judge

cc: all counsel of record